Richard S. Ralston, Bar # 6290524
WEINSTEIN & RILEY, PS
2001 Western Avenue, Suite 400
Seattle, WA 98121
Ph. 206-269-3490
Fax 206-269-3493
richardr@w-legal.com
Attorneys for Plaintiff

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| IN RE: | |
|---|---|
| Mark C Van Veen, | Chapter 7 |
| Debtor, | Case No. 09-44691 |
| Chase Bank USA, N.A., | |
| Plaintiff, | Adversary No. |
| v. | COMPLAINT TO DETERMINE |
| Mark C Van Veen, | DISCHARGEABILITY OF DEBT: U.S.C. § 523(a)(2)(A) and (C) |
| Defendant. | |

NOTICE: this is a Complaint alleging that the Defendant has committed fraud against the Plaintiff in connection with the use of a credit account. The Defendant is strongly urged to review it with an attorney. The Defendant may qualify for free or low cost legal assistance. Please contact the State Bar Association for information.

Plaintiff alleges:

1- COMPLAINT TO DETERMINE
DISCHARGEABILITY OF DEBT

42137167

## I. PARTIES AND JURISDICTION

1. This adversary proceeding is brought under U.S.C. §523(a)(2)(A) and (C).

2. Plaintiff, a foreign corporation licensed to do business in the State of Illinois with all licenses paid, and otherwise is entitled to bring this action, is a creditor in this case.

3. Defendant filed a Chapter 7 bankruptcy petition on 11/24/2009.

4. The Court has jurisdiction under 28 U.S.C. §§157 and 1334, and 11 U.S.C. §523.

5. This is a core proceeding.

## II. CAUSE OF ACTION

6. Defendant entered into a written contract with Plaintiff for an open end consumer credit card plan under Account No. XXXXXXXXXXXXXXXX9682 ("Account").

7. As of the petition date, Defendant owed $19,398.17 on the Account.

8. Between 06/28/2009 and 10/15/2009, the Defendant incurred $925.00 in retail charges on the Account (Charges). Between 06/28/2009 and 10/15/2009, the Defendant incurred $13,600.00 in cash advances and/or convenience check charges on the Account (Charges). Of the Account balance, $5,159.00 of Charges were incurred within 70/90 days of the bankruptcy filing for luxury goods and/or services and/or cash advances for consumer credit. These charges are presumed to be nondischargeable. [See Transaction History, attached as Exhibit A.]

9. The totality of the circumstances when the Charges were incurred shows that Defendant did not intend to repay the Charges:

   9.1 the Charges were incurred near the date of the bankruptcy filing;

   9.2 the Defendant was in poor financial condition;

2- COMPLAINT TO DETERMINE
DISCHARGEABILITY OF DEBT

42137167

9.3 the response to Statement of Financial Affairs, Questions 1 and 2, indicates an year to date 2009 of about $8,700.00 prior to the bankruptcy filing;

9.4 the Defendant was unemployed;

9.5 the amount charged is high;

9.6 bankruptcy counseling was sought on or about 10-30-2009;

9.7 charges may have been made for luxury goods and/or services; The Ritz Carlton.

9.8 based on the monthly income, monthly living expenses, and circumstances disclosed in the Schedules and Statement of Financial Affairs, no disposable income was available to pay the minimum monthly requirement on unsecured debt;

9.9 the minimum monthly payment on the $80,200.00 of scheduled unsecured debt (based on a required minimum monthly payment on each account of 3%) exceeded $2,406.00 per month before the petition was filed;

9.10 the Statement of Financial Affairs indicates that no losses from fire, theft, or gambling were incurred for the one year before the petition was filed.

9.11 other unsecured credit was also utilized;

9.12 there were not sufficient liquid assets that could have been used to service unsecured debt;

10. Charges were incurred when Defendant could not pay existing financial obligations as they became due.

11. By incurring the Charges on the Account, Defendant represented an intention to repay them.

3- COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT

42137167

12. Defendant obtained money from the Plaintiff through fraud and false pretenses, false representations and/or actual fraud.

13. Defendant had a specific intent to defraud Plaintiff by accepting the benefits of the charges without intending to repay them.

14. Defendant's actions constitute material misrepresentations of the facts.

15. Defendant intended for Plaintiff to rely on those misrepresentations.

16. Plaintiff justifiably relied on Defendant's misrepresentations which induced it to lend money to Defendant.

17. The Charges were incurred for consumer debt.

18. Defendant's conduct has damaged Plaintiff in the amount of $14,525.00.

19. Defendant should be denied a discharge of Plaintiff's claim in the amount of $14,525.00.

### III. PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for:

1. A monetary judgment in the amount of $14,525.00, including accrued interest to the petition filing date, plus contract rate interest to date of judgment, to continue to accrue post-judgment;

2. An Order of nondischargeability under 11 U.S.C. § 523 (a)(2)(A), and (C);

3. An award of reasonable attorney fees and costs; and

4- COMPLAINT TO DETERMINE
DISCHARGEABILITY OF DEBT

42137167

1  4.  Additional relief as may be just and equitable.

2  DATED: _March 3_, 20_10_.

3                                    WEINSTEIN & RILEY, P.S.

4
                                     By _____
5                                    Richard S. Ralston, Bar # 6290524
                                     2001 Western Avenue, Suite 400
6                                    Seattle, WA 98121
                                     Ph. 206-269-3490
7                                    Fax 206-269-3493
                                     richardr@w-legal.com
8                                    Attorneys for Plaintiff

5- COMPLAINT TO DETERMINE
DISCHARGEABILITY OF DEBT

42137167

| ADVERSARY PROCEEDING COVER SHEET (Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER |
|---|---|
| **PLAINTIFFS**<br>Chase Bank USA, N.A. | **DEFENDANTS**<br>MARK C VAN VEEN |
| **ATTORNEYS** (Firm Name, Address, and Telephone No.)<br>Richard S. Ralston<br>Weinstein & Riley, P.S.<br>2001 Western Avenue, Suite 400<br>Seattle, WA 98121<br>206-269-3490 | **ATTORNEYS** (If Known)<br>FORREST L INGRAM<br>ATTORNEY AT LAW<br>79 W MONROE STREET, SUITE 900<br>CHICAGO, IL 60603<br>3127592838 |
| **PARTY** (Check One Box Only)<br>☐ Debtor   ☐ U.S. Trustee/Bankruptcy Admin<br>☒ Creditor  ☐ Other<br>☐ Trustee | **PARTY** (Check One Box Only)<br>☒ Debtor   ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor  ☐ Other<br>☐ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)
Claim for Nondischargeability of Debt pursuant to § 523(a)(2)

### NATURE OF SUIT
(Number up to five (5) boxes starting with the lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
☐ 11- Recovery of money/property - §542 turnover of property
☐ 12- Recovery of money/property - §547 preference
☐ 13- Recovery of money/property - §548 fraudulent transfer
☐ 14- Recovery of money/property – other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
☐ 21- Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
☐ 31- Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
☐ 41- Objection / Revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51- Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☐ 66-Dischargeability - §523(a),(1),(14),(14A) priority tax claims
☒ 62-Dischargeability - §523(a)(2) false pretenses, false representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny
(continued next column)

**FRBP 7001(6) – Dischargeability (continued)**
☐ 61- Dischargeability - §523(a)(5), domestic support
☐ 68- Dischargeability - §523(a)(6), willful and malicious injury
☐ 63- Dischargeability - §523(a)(8), student loan
☐ 64- Dischargeability - §523(a)(15), divorce/sep property settlement/decree
☐ 65- Dischargeability – other

**FRBP 7001(7) – Injunctive Relief**
☐ 71- Injunctive relief – reinstatement of stay
☐ 72- Injunctive relief – other

**FRBP 7001(8) – Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) – Declaratory Judgement**
☐ 91- Declaratory Judgement

**FRBP 7001(10) – Determination of Removed Action**
☐ 01- Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78AAA et.seq.
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand $14,525.00 |

Other Relief Sought

42137167

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES ||||
|---|---|---|---|
| NAME OF DEBTOR<br>MARK C VAN VEEN ||| BANKRUPTCY CASE NO.<br>09-44691 |
| DISTRICT IN WHICH CASE IS PENDING<br>NORTHERN || DIVISIONAL OFFICE<br>CHICAGO | NAME OF JUDGE<br>CAROL A. DOYLE |
| RELATED ADVERSARY PROCEEDING (IF ANY) ||||
| PLAINTIFF | DEFENDANT || ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING || DIVISIONAL OFFICE | NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF) ||||
| DATE<br>March 2, 2010 ||| PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br>Richard S. Ralston |

## INSTRUCTIONS

The filing of the bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also complete and file Form 104, the Adversary Proceeding Cover Sheet, if it is required by the court. In some courts, the cover sheet is not required when the adversary proceeding is field electronically through the court's Case Management/Electronic Case Files (CM/ECF) system. (CM/ECF captures the information on Form 104 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on our court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Parties.** Give the name of the parties to the adversary proceeding exactly as they appear on the complaint. Give the names and addresses of the attorneys if known.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.

42137167

| Account Holder Informaton | | | |
|---|---|---|---|
| **Account Holder 1** | | **Account Holder 2** | |
| Name: | MARK VANVEEN | Name: | |
| Address: | 6322 N WAYNE AVE | Address: | |
| City\State\Zip | CHICAGO, IL 60660-1334 | City\State\Zip | |
| SSN: | -7016 | SSN: | |

## Statement Facsimile

Account Number: -9682
Statement Date: 11/30/2009    Current Balance: $19,398.17    Credit Limit: $20,200.00

| Posting Date | Reference | Transaction Date | Description | CR | Amount |
|---|---|---|---|---|---|
| 11/29/2009 | | 11/29/2009 | LATE FEE | D | $39.00 |
| 11/08/2009 | | 11/08/2009 | PURCHASE *FINANCE CHARGE* | D | $35.09 |
| 11/08/2009 | | 11/08/2009 | PURCHASE *FINANCE CHARGE* | D | $283.62 |
| 11/02/2009 | 24445009305001068125552 | 10/31/2009 | IPASS AUTOREPLENISH #5400800-824-72 | D | $40.00 |
| 11/01/2009 | 74341299304118294010081 | 10/31/2009 | MID-WEST NATL INS CO. NORTH RICH | C | ($13.50) |
| 10/27/2009 | | 10/27/2009 | LATE FEE | D | $39.00 |
| 10/21/2009 | 24055229293207488702479 | 10/19/2009 | CHICAGO PARKING METERS CHICAGO | D | $7.00 |
| 10/19/2009 | 74547069292050520931025 | 10/13/2009 | WWW.SKYPE.COM INTERNET | D | $2.95 |
| 10/16/2009 | 74266852893292000000019 | 10/16/2009 | Late Fee Reversal | C | ($39.00) |
| 10/16/2009 | 74266852883114000000017 | 10/15/2009 | CHKG ODP 001115001170339 SPRINGFIEL | D | $200.00 |
| 10/16/2009 | 74547069289040086797774 | 10/10/2009 | WWW.SKYPE.COM INTERNET | D | $8.40 |
| 10/15/2009 | 24055229287206288100064 | 10/13/2009 | CHICAGO PARKING METERS CHICAGO | D | $1.00 |
| 10/12/2009 | 24425139284560283010380 | 10/10/2009 | SWEET TOMATOES #107Q14 LOMBARD | D | $22.36 |
| 10/08/2009 | 24323019280576400010088 | 10/07/2009 | ALLIANCE/AFFORD SERV. 8007332242 | D | $85.00 |
| 10/08/2009 | 24341299280118276010219 | 10/06/2009 | MID-WEST NATL INS CO. 817-255-35 | D | $331.48 |
| 10/07/2009 | | 10/07/2009 | PURCHASE *FINANCE CHARGE* | D | $48.12 |
| 10/07/2009 | | 10/07/2009 | PURCHASE *FINANCE CHARGE* | D | $621.88 |
| 10/05/2009 | 24692169278000255255862 | 10/05/2009 | NY TIMES NATL SALES 800-698-46 | D | $30.00 |
| 10/05/2009 | 24323009277254169010212 | 10/03/2009 | LOUIE'S PIZZA ST.LOUIS | D | $21.64 |
| 10/05/2009 | 24717059277732770580037 | 10/03/2009 | NORTH PARKING GARAGE ST LOUIS | D | $1.50 |
| 10/02/2009 | 74266852743114000000017 | 10/01/2009 | CHKG ODP 061115001170339 SPRINGFIEL | D | $100.00 |
| 10/02/2009 | 24055229274206288103154 | 09/30/2009 | CHICAGO PARKING METERS CHICAGO | D | $2.00 |

| Post Date | Reference | Trans Date | Description | D/C | Amount |
|---|---|---|---|---|---|
| 10/01/2009 | 7426685273311400000019 | 09/30/2009 | CHKG ODP 001115001170339 SPRINGFIEL | D | $2,000.00 |
| 10/01/2009 | 24055229273286388906087 | 09/29/2009 | CHICAGO PARKING METERS CHICAGO | D | $2.00 |
| 09/30/2009 | 12732732271150011703397 | 09/30/2009 | Payment - Thank You | C | ($330.00) |
| 09/28/2009 | | 09/28/2009 | LATE FEE | D | $39.00 |
| 09/20/2009 | 74547069262050094437553 | 09/13/2009 | WWW.SKYPE.COM INTERNET | D | $2.95 |
| 09/17/2009 | 7426685259311400000018 | 09/16/2009 | CHKG ODP 001115001170339 SPRINGFIEL | D | $900.00 |
| 09/16/2009 | 7426685258311400000010 | 09/15/2009 | CHKG ODP 001115001170339 SPRINGFIEL | D | $300.00 |
| 09/15/2009 | 7426685257311400000012 | 09/14/2009 | CHKG ODP 001115001170339 SPRINGFIEL | D | $1,200.00 |
| 09/08/2009 | | 09/08/2009 | PURCHASE *FINANCE CHARGE* | D | $19.17 |
| 09/08/2009 | | 09/08/2009 | PURCHASE *FINANCE CHARGE* | D | $172.35 |
| 09/08/2009 | 24692169250000425495366 | 09/07/2009 | NY TIMES NATL SALES   800-698-46 | D | $30.00 |
| 09/08/2009 | 7426685247311400000013 | 09/04/2009 | CHKG ODP 001115001170339 SPRINGFIEL | D | $150.00 |
| 09/03/2009 | 24071059245158158223907 | 09/01/2009 | JIMMY JOHN'S # 1140 CINCINNATI | D | $9.00 |
| 09/02/2009 | 24341299244249764010190 | 08/31/2009 | QUIZNOS SUB  2879  Q22 CHICAGO | D | $8.15 |
| 09/01/2009 | 24445009244899300943573 | 08/31/2009 | FEDEX KINKO'S #3616 ELMWOOD PA | D | $1.68 |
| 08/30/2009 | 24388949240670367006400 | 08/27/2009 | OK CARR'S HONDA CHICAGO | D | $38.14 |
| 08/27/2009 | 7426685238311400000012 | 08/26/2009 | CHKG ODP 001115001170339 SPRINGFIEL | D | $500.00 |
| 08/26/2009 | 12382382281150011703392 | 08/26/2009 | Payment - Thank You | C | ($200.00) |
| 08/24/2009 | 24707809235980148967417 | 08/21/2009 | Rasenick's    Chicago | D | $22.04 |
| 08/21/2009 | 7426685232311400000015 | 08/20/2009 | CHKG ODP 001115001170339 SPRINGFIEL | D | $1,800.00 |
| 08/18/2009 | 7426685229311400000011 | 08/17/2009 | CHKG ODP 001115001170339 SPRINGFIEL | D | $250.00 |
| 08/18/2009 | 74547069230020079025268 | 08/13/2009 | WWW.SKYPE.COM INTERNET | D | $2.95 |
| 08/17/2009 | 7426685226311400000017 | 08/14/2009 | CHKG ODP 001115001170339 SPRINGFIEL | D | $800.00 |
| 08/17/2009 | 24498139228980001199367 | 08/14/2009 | CASA BRAVA BLOOMINGTO | D | $29.70 |
| 08/16/2009 | 24164079227210009783315 | 08/14/2009 | PILOT    00004481  HEBRON | D | $19.28 |
| 08/14/2009 | 24164079225105151506997 | 08/12/2009 | STAPLES   00116178 CHICAGO | D | $6.98 |
| 08/14/2009 | 24164079225105151454602 | 08/12/2009 | STAPLES   00116178 CHICAGO | D | $0.35 |

| Date | Ref | Post Date | Description | Type | Amount |
|---|---|---|---|---|---|
| 08/13/2009 | 7426685224311400000012 | 08/12/2009 | CHKG ODP 001115001170339 SPRINGFIEL | D | $1,500.00 |
| 08/13/2009 | 2416407922441821189263 | 08/12/2009 | USPS 16262202033309188 EVANSTON | D | $5.65 |
| 08/10/2009 | 2469216922200055604701 | 08/10/2009 | NY TIMES NATL SALES   800-698-46 | D | $30.00 |
| 08/09/2009 | 2473693922000947637812 | 08/07/2009 | VERGO SALON LINCOLNWOO | D | $30.00 |
| 08/07/2009 | | 08/07/2009 | PURCHASE *FINANCE CHARGE* | D | $88.77 |
| 08/07/2009 | | 08/07/2009 | PURCHASE *FINANCE CHARGE* | D | $17.79 |
| 08/06/2009 | 2444500921786494860074 | 08/05/2009 | FEDEX KINKO'S #3610 CHICAGO | D | $1.27 |
| 07/29/2009 | 7426685209311400000013 | 07/28/2009 | CHKG ODP 001115001170339 SPRINGFIEL | D | $1,550.00 |
| 07/28/2009 | 7426685208311400000015 | 07/27/2009 | CHKG ODP 001115001170339 SPRINGFIEL | D | $100.00 |
| 07/24/2009 | 7426685204311400000014 | 07/23/2009 | CHKG ODP 001115001170339 SPRINGFIEL | D | $250.00 |
| 07/23/2009 | 1204204227115001170339 6 | 07/23/2009 | Payment - Thank You | C | ($110.00) |
| 07/20/2009 | 2430803920050995096677 5 | 07/18/2009 | FINGERPRINT SERVICES P  866-344-83 | D | $89.25 |
| 07/20/2009 | 2414201920090001840410 1 | 07/17/2009 | LUCKY PLATTER EVANSTON | D | $35.09 |
| 07/19/2009 | 7454706919901007489520 2 | 07/13/2009 | WWW.SKYPE.COM INTERNET | D | $2.95 |
| 07/16/2009 | 7426685196311400000012 | 07/15/2009 | CHKG ODP 001115001170339 SPRINGFIEL | D | $250.00 |
| 07/15/2009 | 7426685195311400000014 | 07/14/2009 | CHKG ODP 001115001170339 SPRINGFIEL | D | $950.00 |
| 07/15/2009 | 7454706919608007637736 1 | 07/10/2009 | WWW.SKYPE.COM INTERNET | D | $8.40 |
| 07/14/2009 | 7426685194311400000017 | 07/13/2009 | CHKG ODP 001115001170339 SPRINGFIEL | D | $800.00 |
| 07/13/2009 | 2469216919400073566247 2 | 07/13/2009 | NY TIMES NATL SALES   800-698-46 | D | $30.00 |
| 07/12/2009 | 2416407919110514770905 1 | 07/09/2009 | STAPLES    00116178 CHICAGO | D | $11.55 |
| 07/08/2009 | | 07/08/2009 | PURCHASE *FINANCE CHARGE* | D | $46.56 |
| 07/08/2009 | | 07/08/2009 | PURCHASE *FINANCE CHARGE* | D | $13.26 |
| 07/03/2009 | 2405522918328638890314 1 | 07/02/2009 | CHICAGO PARKING METERS CHICAGO | D | $4.00 |
| 06/30/2009 | 2442733918071000643778 7 | 06/28/2009 | FAMILY EXPRESS#12 MICHIGAN C | D | $22.01 |
| 06/30/2009 | 2461043918000406447064 0 | 06/28/2009 | THE RITZ CARLTON DEARBORNDEARBORN | D | $285.52 |
| 06/29/2009 | 2442733917972000330453 7 | 06/28/2009 | PANERA BREAD #00997 DEARBORN | D | $10.66 |
| 06/28/2009 | 2442733917872000367354 4 | 06/27/2009 | PANERA BREAD #00997 DEARBORN | D | $16.61 |
| 06/28/2009 | 2441800917717800003270 4 | 06/26/2009 | LL BEAN MAILORDER   800-341434 | D | $53.06 |