Richard S. Ralston, Bar # 6290524
WEINSTEIN & RILEY, PS
2001 Western Avenue, Suite 400
Seattle, WA 98121
Ph. 206-269-3490
Fax 206-269-3493
richardr@w-legal.com
Attorneys for Plaintiff

## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: | Chapter 7 |
| Mark C Van Veen, | Case No. 09-44691 |
| Debtor, | |
| Chase Bank USA, N.A., | |
| Plaintiff, | Adversary No. |
| v. | CORPORATE OWNERSHIP STATEMENT |
| Mark C Van Veen, | |
| Defendant. | |

### DECLARATION OF RICHARD S. RALSTON

I, Richard S. Ralston, declare and state as follows:

1.      I am an attorney licensed to practice in the State of Illinois. Weinstein & Riley, P.S.
is national counsel for Chase Bank USA, N.A. and I am familiar with the matters herein
stated by virtue of my review of and familiarity with Plaintiff's records generally, and those
pertaining particularly to this matter.



42137167

2.      This Statement of Corporate Ownership is provided pursuant to the requirements of Federal Rules of Bankruptcy Procedures Section 7007. Chase Bank USA, National Association is a wholly owned subsidiary of CMC Holding Delaware Inc. ("CMC"). CMC is a wholly owned subsidiary of J.P. Morgan Chase & Co.

3.      Any further changes that would require notification to the court will promptly be provided by an Amended Statement of Corporate Ownership.

Attorney Name:          Richard S. Ralston, Bar No. 6290524
                        Weinstein & Riley, P.S.
                        Counsel for Chase Bank USA, N.A.

42137167