UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
AT CHICAGO

In re:

Mark C Van Veen,

    Debtor.

Bankruptcy No. 09-44691
Chapter 7
Judge Carol A. Doyle

Chase Bank USA, N.A.,

    Plaintiff,

vs.

Mark C Van Veen,

    Defendant.

ADV. NO. 10-00313

### STIPULATION OF NONDISCHARGEABILITY AND PAYMENT PLAN

Plaintiff, Chase Bank USA, N.A., by and through its attorney-of-record Richard S. Ralston, and Defendant, Mark C Van Veen, by and through Defendant's attorney-of-record, Forrest L Ingram, hereby stipulate as follows:

#### RECITALS

1. On or about 11/24/2009, Defendant filed for relief under Chapter 7 of the Bankruptcy Code.

2. On the date of filing of the petition in this case, Defendant was indebted to Plaintiff for the sum of $19,398.17 on account number XXXXXXXXXXXX9682.

3. Plaintiff has filed an Adversary Proceeding objecting to the discharge of the debt. The Parties desire to resolve this matter without further litigation upon the terms and conditions herein.

#### AGREEMENT

4. The Parties agree that the sum of **$2,000.00** owed by Defendant to Plaintiff shall not be discharged by order of this Court, and Plaintiff shall be granted judgment against Defendant in this amount.

Page 1 – STIPULATION OF NONDISCHARGEABILITY AND PAYMENT PLAN
XXXXXXXXXXXX9682

42137167

5. The non-discharged sum of $2,000.00 shall be paid as follows: the sum of $2,000.00 payable on or before ~~04/17/2010~~.  4/27/2010 - PG

6. Payment is to be made to:

   Accounts Receivable
   Attn: Chase Bank USA, N.A.
   WEINSTEIN & RILEY, P.S.
   P.O. Box 3978
   Seattle, WA 98124
   INCLUDE ACCOUNT NUMBER ON PAYMENT

7. Defendant understands that Defendant is waiving Defendant's right to a trial and the right to a discharge of this debt should Defendant prevail at trial. Defendant has carefully considered this settlement with an attorney of Defendant's choice, or has voluntarily elected not to do so, after being given that opportunity.

8. The parties each agree to pay their own attorney fees and costs in this matter.

_____         4.5.10
Richard S. Ralston, Bar #6290524      Date
Weinstein & Riley, P.S.
2001 Western Avenue, Suite 400
Seattle, WA 98121
Attorney for Plaintiff

_____         3/26/2010
Mark C Van Veen                       Date
Defendant

Approved as to form:

_____         4/1/2010
Forrest L Ingram                      Date
79 W Monroe Street
Suite 900
Chicago, IL 60603
Attorney for Defendant

Page 2 - STIPULATION OF NONDISCHARGEABILITY AND PAYMENT PLAN
XXXXXXXXXXXX9682

42137167