UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
AT CHICAGO

| | |
|---|---|
| In re: <br><br> Mark C Van Veen, <br><br>    Debtor. | Bankruptcy No. 09-44691 <br> Chapter 7 <br> Judge Carol A. Doyle |
| Chase Bank USA, N.A., <br><br>    Plaintiff, <br><br> vs. <br><br> Mark C Van Veen, <br><br>    Defendant. | ADV. NO. 10-00313 |

### AGREED JUDGMENT ORDER

This matter coming on to be heard upon the complaint of Chase Bank USA, N.A. represented by attorney Richard S. Ralston, against Mark C Van Veen, objecting to the dischargeability of debt owed to Chase Bank USA, N.A., and the parties hereby agreeing to settle this matter whereby Mark C Van Veen shall pay to Chase Bank USA, N.A. the sum of $2,000.00 to be paid at the rate of $2,000.00 payable on or before ~~April 17, 2010~~ *April 27, 2010 - P6*, and the debt to Chase Bank USA, N.A. shall not be discharged to the extent of $2,000.00 and a judgment for such amount shall be entered, and the debt shall not accrue interest so long as the payment is made timely (if not, then 12% interest shall accrue) the court being fully advised in the premises and the court finding that it has jurisdiction over the matter:



42137167

WHEREFORE, IT IS HEREBY ORDERED that a judgment is entered against Mark C Van Veen and in favor of Chase Bank USA, N.A. in the sum of $2,000.00 which sum shall be paid as follows: $2,000.00 payable on or before ~~April 17, 2010~~ April 27, 2010, and the debt shall not accrue interest so long as the payment is timely paid, otherwise 12% interest shall accrue, that if payment is more than 20 days late, then the entire judgment balance shall be due and payable immediately, that the sum of $2,000.00 shall not be discharged by the bankruptcy petition filed by Mark C Van Veen.

Submitted by:

_[signature]_    Date: 4-5-10

Richard S. Ralston, Bar#6290524
Weinstein & Riley, P.S.
2001 Western Avenue, Suite 400
Seattle, WA 98121
Attorney for Plaintiff

_[signature]_    Date: 4/1/2010

Forrest L Ingram
79 W Monroe Street
Suite 900
Chicago, IL 60603
Attorney for Defendant

_[signature]_    Date: 3/26/2010

Mark C Van Veen
Defendant

ENTERED: _____
Carol A. Doyle
Bankruptcy Judge

Page 2 – ORDER AND JUDGMENT OF NONDISCHARGEABILITY
XXXXXXXXXXXX9682

42137167